No. ——

First Circuit

---

STORY v. STRAWBERRY GROWERS SELLING COMPANY

---

(June 26, 1926, Opinion and Decree)

---

(*Syllabus by the Editor*)

1. Louisiana Digest—Mandate—Par. 103, 104.
The plaintiff alleging that the defendant was delegated by plaintiff with authority to collect the latter's rent claim has the burden of proof to show that authority.

Appeal from the Parish of Tangipahoa, Hon Columbus Reid, Judge.

Action by H. D. Story against Strawberry Growers Selling Company. There was judgment for defendant and plaintiff appealed.

Judgment affirmed.

Ellis and Ellis, of Rayville, attorneys for plaintiff, appellant.

J. H. Inman, of Ponchatoula, attorney for defendant, appellee.

LECHE, J. This suit is practically analogous to that of Puleston vs. the same defendant, this day decided.

The claim for rent here, is two hundred and twenty-five dollars and plaintiff seeks to hold defendant responsible as factor of Sam Lascare, upon grounds similar to those alleged in the Puleston case. While the facts are not exactly identical, the evidence does not take the case out of the rule recognized by this court in the case of Puleston and the decision herein is controlled by the principle therein announced.

For these reasons the judgment herein should be affirmed and

It is so ordered.